JUDITH NEIL, APPELLANT AND CROSS-APPELLEE, V. ROGER J. NEIL, APPELLEE AND CROSS-APPELLANT.

367 N.W.2d 121

Filed May 3, 1985. No. 84-304.

Susan Jacobs of Healey, Brown, Wieland, Kluender, Atwood & Jacobs, for appellant.

William J. Ross of Ross, Schroeder & Fritzler, for appellee.

KRIVOSHA, C.J., WHITE, HASTINGS, and CAPORALE, JJ., and MORAN, D.J.

PER CURIAM.

The instant appeal involves a domestic relations matter in which each of the parties questions the division of property and the amount of alimony and attorney fees awarded to the wife.

Upon de novo review we conclude that the record fails to show an abuse of discretion with respect to any of those issues. The judgment is therefore affirmed.

Each party shall pay his and her own costs and attorney fees in this court.

AFFIRMED.